UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HANRAHAN, | No. 2:23-cv-0348 KJM DB P |
| Petitioner, | |
| v. | AMENDED ORDER |
| WARDEN, | |
| Respondent. | |

Petitioner is proceeding through counsel with a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order dated June 12, 2023, the undersigned granted petitioner's request for an extension of time to file a reply to respondent's motion to dismiss. (ECF No. 14.) The undersigned previously adopted a stipulation by the parties which provided that respondent would file a response to the petition no later than June 7, 2023 and petitioner's reply, if any, would be due by July 7, 2023. (ECF No. 10.) Petitioner's motion for an extension of time specified that petitioner sought a thirty-day extension of the deadline to file a reply to the motion to dismiss. (ECF No 12 at 1.) However, the undersigned's order granting the motion stated that petitioner had thirty days from the date of the order to file a reply to the motion to dismiss. (ECF No. 14.) In light of the error, the undersigned issues the instant amended order.

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that petitioner's reply to the motion to dismiss shall be filed on or before August 7, 2023.

Dated: June 15, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Habeas/R/hanr0348.EOT(am)

2